IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DANIEL PENCE,<br><br>   Plaintiff,<br><br> vs.<br><br>KO'OLAU SPIRITS LLC, A HAWAII LIMITED LIABILITY COMPANY; GINGER DILL, AN INDIVIDUAL; ERIC DILL, AN INDIVIDUAL; AND IAN BROOKS, AN INDIVIDUAL,<br><br>   Defendants. | CIV. NO. 20-00311 JMS-RT |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT DEFENDANTS/COUNTERCLAIMANTS/THIRD-PARTY PLAINTIFF'S MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

   Findings and Recommendation having been filed and served on all parties on June 7, 2021, and no objections having been filed by any party,

   IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant Defendants/Counterclaimants/Third-Party Plaintiff's Motion For Approval of Settlement Agreement" are adopted as the opinion and order of this Court.

   IT IS SO ORDERED.

   DATED: Honolulu, Hawaii, July 1, 2021.



          /s/ J. Michael Seabright
          J. Michael Seabright
          Chief United States District Judge